# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

Equal Employment Opportunity Commission, )
)
Plaintiff, )
)
vs. ) Civil Action No. 01-CV-705 MJD/JGL
)
Northwest Airlines, Inc., )
)
)
Defendant. )
)

## STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO SUMMONS AND COMPLAINT

The parties, by and through their respective attorneys, stipulate to the Order below being immediately issued by the Court.

This 18th day of May, 2001.

Respectfully submitted,

Laurie A. Vasichek by

Laurie A. Vasichek, Esq. (#171438)
Senior Trial Attorney
United States Equal Employment Opportunity Commission
330 Second Avenue South, Suite 430
Minneapolis, Minnesota 55401
(612) 335-4061

Attorneys for Plaintiff

Kurt J. Erickson, Esq. (#158380)
Northwest Airlines, Inc.
5101 Northwest Drive
St. Paul, Minnesota 55111
(612) 727-9780

Attorney for Defendants

FILED MAY 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Pursuant to the Stipulation of the parties, Defendant Northwest Airlines, Inc.'s time period for responding to the Summons and Complaint is extended up to and including June 5, 2001. Nothing in this Order shall be construed so as to waive any all defenses, privileges, or rights that Defendant may have in responding to the Summons and Complaint.

**IT IS SO ORDERED.**

Dated: May 21, 2001.

JONATHAN G. LEBEDOFF
United States Magistrate Judge