SENT BY: 6-12- 1 ; 14:53 ; EEOC/MPLS→ 97260921;# 2/ 3
JUN-12-2001 15:54 P.02/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>Plaintiff,<br><br>vs.<br><br>Northwest Airlines, Inc.,<br><br>Defendant. | File No. 01-CV-705 MJD/JGL |

## STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

The parties, by and through their respective attorneys, stipulate to the Order below being immediately issued by the Court.

This 12 day of June, 2001.

Respectfully submitted,

Laurie A. Vasichek, Esq. (#171438)
Senior Trial Attorney
United States Equal Employment Opportunity Commission
330 Second Avenue South, Suite 430
Minneapolis, Minnesota 55401
(612) 335-4061

Attorney for Plaintiff

Kurt J. Erickson, Esq. (#158380)
Northwest Airlines, Inc.
5101 Northwest Drive
St. Paul, Minnesota 55111
(612) 727-9780

Attorney for Defendant

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the Stipulation of the parties, Defendant Northwest Airlines, Inc.'s time period for responding to the First Amended Complaint is extended up to and including June 21, 2001. Nothing in this Order shall be construed so as to waive any defenses, privileges, or rights that Defendant may have in responding to the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: June 14, 2001.

JONATHAN G. LEBEDOFF
United States Magistrate Judge