# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-705 MJD/JGL **Case Title:** Equal Employment Opportunity Commission v. Northwest Airlines, Inc.

**Affidavit of Movant**

I, Kurt J. Erickson an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Herbert E. Gerson, an attorney admitted to practice in the U.S. District of Tennessee, W.D., but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Northwest Airlines, Inc. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature ______ MN Attorney License # 158380 Date 7/18/01

**Affidavit of Proposed Admittee**

I, Herbert E. Gerson am currently a member in good standing of the U.S. District Court for the Western District of Tennessee, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Herbert E. Gerson
Type/Print Name

Signature ______ Date 7/5/01

Attorney License Number: TN 8256

Law Firm Name & Address: Ford & Harrison LLP
6750 Poplar Avenue, Suite 600
Memphis, TN 38138

Telephone: (901) 291-1500

Motion Granted: ______ JUL 24 2001
For the Court: ~~Francis E. Dosal,~~ Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUL 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

6/99