UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Equal Employment Opportunity Commission,

Plaintiff,

vs.

Northwest Airlines, Inc.,

Defendant.

File No. 01-CV-705 MJD/JGL

**STIPULATION AND ORDER FOR SERVICE AND FILING OF DEFENDANT NORTHWEST AIRLINES INC.'S FIRST AMENDED ANSWER TO PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S FIRST AMENDED COMPLAINT**

The parties, by and through their respective attorneys, stipulate to Defendant Northwest Airlines, Inc.'s First Amended Answer And Defenses To Plaintiff Equal Employment Opportunity Commission's First Amended Complaint ("Amended Answer") being timely served and filed, by execution of this Stipulation and execution of the accompanying Order by the Court. With the exception of timely service and timely filing of the Amended Answer, this Stipulation is entered into without Plaintiff waiving any rights to challenge the averments and defenses in the Amended Answer, and without Defendant waiving any rights to seek any amendment of the Amended Answer, including, but not limited to, its Separate Defenses.

FILED JUL 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

This 12 day of July, 2001.

Respectfully submitted,

Laurie A. Vasichek, Esq. (#171438)
Senior Trial Attorney
United States Equal Employment
Opportunity Commission
330 Second Avenue South, Suite 430
Minneapolis, Minnesota 55401
(612) 335-4061

Attorney for Plaintiff

Kurt J. Erickson, Esq. (#158380)
Northwest Airlines, Inc.
5101 Northwest Drive
St. Paul, Minnesota 55111
(612) 727-9780

Attorney for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated: July 25, 2001.

JONATHAN G. LEBEDOFF
United States Magistrate Judge