**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Equal Employment Opportunity Commission,

Plaintiff,

vs.

Northwest Airlines, Inc.

Defendant.

Case No. 01-705 (MJD/JGL)

**SCHEDULING ORDER**

The parties appeared before the undersigned on February 27, 2002. Based on the oral stipulation of the parties and the discussion in chambers, the Court hereby enters the following Scheduling Order:

1. Defendant shall serve its dispositive motion and accompanying brief on or before March 13, 2002. The parties will agree on a briefing schedule and submission date to Judge Davis.

2. Discovery in this case is stayed pending a ruling on Defendant's motion.

3. If the motion is denied in all respects, discovery will close 1 year from the issuance of the Order. The parties will promptly meet after such denial to specify the applicable dates for discovery within that 1 year time frame and present this Court with a proposed schedule.

4. If the motion is granted in whole or in part, the parties will promptly meet after the issuance of the Order and confer in good faith about an accelerated discovery schedule with specific dates and present this Court with a proposal.

5. Once discovery commences, the following parameters apply:

   a. No more than 35 interrogatories per side.

   b. No more than 40 document requests per side.

   c. No more than 25 requests for admission.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

6. Motions to amend or add parties to the action shall be filed within 60 days after the issuance of Judge Davis' Order on Defendant's Motion.

7. This schedule may be altered in accordance with the Federal Rules of Civil Procedure, and Local Rule 16.3, for good cause shown.

**SO ORDERED:**

Dated: March 1, 2002

Magistrate Judge Jonathan G. Lebedoff



1382033v2