2200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE (612) 977-8400
FACSIMILE (612) 977-8650

BRIGGS AND MORGAN

PROFESSIONAL ASSOCIATION

WRITER'S DIRECT DIAL
(612) 334-8448
WRITER'S E-MAIL
gstenmoe@briggs.com

June 28, 2004

**VIA ELECTRONIC FILING**

Chief Magistrate Judge Jonathan G. Lebedoff
United States District Court
Suite 9E
300 South Fourth Street
Minneapolis, MN 55415

**Re: EEOC v. NWA**
**Case No. 01-705 (MJD/JGL)**

Dear Chief Magistrate Judge Lebedoff:

Enclosed for your review and consideration is a Stipulation and Scheduling Order in the above-referenced matter. Please call me if you have any questions. Thank you.

Very truly yours,

BRIGGS AND MORGAN

By ______________________
Gregory J. Stenmoe

Enclosure

c.c.: Laurie Vasichek w/encl.

1662330v1