UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Equal Employment Opportunity Commission,

Plaintiff,

v.

Civil Action No. 01-705 MJD/JGL

Northwest Airlines, Inc.,

Defendant.

**STIPULATION AND SCHEDULING ORDER**

*WHEREAS*, the parties engaged in voluntary discovery in this case, including EEOC's Rule 26(a) Initial Disclosures, NWA's Initial Disclosures, EEOC's Log of Privileged/Withheld Documents, EEOC's First Set of Interrogatories and Production Requests, NWA's Answer to EEOC's First Set of Interrogatories and Production Requests, NWA's First Request for Production of Documents, EEOC's Response to NWA's First Request for Production of Documents, NWA's First Set of Interrogatories, and EEOC's Response to NWA's First Set of Interrogatories;

*WHEREAS*, the parties have exchanged volumes of documents totaling approximately 12,000 pages.

*WHEREAS*, the three main charging parties have been deposed by agreement;

*WHEREAS*, the parties engaged in voluntary settlement discussions and employed a mediator to assist in that effort;

*WHEREAS*, the parties have been unsuccessful in coming to a resolution of this matter, the parties hereby stipulate and agree to the entry of the following scheduling order:

Pursuant to Fed. R. Civ. P. 16 and the Local Rules of this Court, and to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these

proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by LR D. Minn. 16.3.

Discovery Plan

1. Fact discovery shall be commenced in time to be completed November 1, 2004.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be supplemented on or before June 23, 2004.

3. Each side shall be limited to six experts, not including treating physicians and not including physicians from Park Nicollet Clinic who evaluated the applicants involved herein.

4. The parties shall identify expert witnesses on matters on which they have the burden of proof on or before October 1, 2004, and disclose written reports, and signed by the expert witness, required by Rule 26(a)(2)(B), on or before December 1, 2004.

5. The parties shall identify expert witnesses on matters on which they do not have the burden of proof on or before November 1, 2004, and disclose written reports, and signed by the expert witness, required by Rule 26(a)(2)(B), on or before January 5, 2005.

6. Expert discovery, including expert depositions, shall be completed on or before February 1, 2005.

7. Each party shall serve no more than 35 interrogatories (counted in accordance with Rule 33(a)).

Non-Dispositive Motions

8. Any motions to amend the pleadings shall be filed and served by August 2, 2004. No motions to add parties may be made.

9. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed on or before November 1, 2004.

10. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephone conference with the Chief Magistrate Judge.

Dispositive Motions

11. All dispositive motions shall be **served and filed** on or before March 1, 2005.

12. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

13. If this matter is not resolved as a result of the dispositive motions, then the parties may seek a supplemental scheduling order with the approval of this Court.

Trial

This case shall be ready for trial on March 1, 2005, or at least 6 weeks after the resolution of any pending dispositive motions, whichever is later. Anticipated length of trial is 4-6 weeks.

Dated: June 23, 2004

BRIGGS AND MORGAN, P.A.

By: [signature]
Gregory J. Stenmoe (#131155)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR NORTHWEST AIRLINES, INC.**

Dated: June 24, 2004

[signature]
Laurie A. Vasichek (#171438)
Senior Trial Attorney
Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Avenue South, Suite 430
Minneapolis, MN 55401
(612) 335-4061

**SO ORDERED:**

Dated: ____________________, 2004

____________________________________
Chief Magistrate Judge Jonathan G. Lebedoff