UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
Plaintiff,

v.

NORTHWEST AIRLINES, INC.,
Defendant.

Civil Action No. 01-705 MJD/JGL

**NOTICE OF APPEARANCE OF TINA BURNSIDE**

TO: Defendant Northwest Airlines, Inc. ("NWA"), and its attorney Gregory J. Stenmoe, Briggs and Morgan, P.A., 2200 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402.

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Tina Burnside shall also appear as counsel of record for Plaintiff Equal Employment Opportunity Commission in this case.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Date: 6/29/04

s/Laurie A. Vasichek

Laurie A. Vasichek (#171438)
Senior Trial Attorney
(612) 335-4061

Date: 6/29/04

s/Tina Burnside

Tina Burnside (WI #1026965)
Senior Trial Attorney
(612) 335-4047

Minneapolis Area Office
330 Second Avenue South, Suite 430
Minneapolis, Minnesota 55401