UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

Civil Action No. 01-705 MJD/JGL

v.

NORTHWEST AIRLINES, INC.,

Defendant.

**CERTIFICATE OF SERVICE**

TO: Defendant Northwest Airlines, Inc. ("NWA"), and its attorney Gregory J. Stenmoe, Briggs and Morgan, P.A., 2200 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402.

I hereby certify that on June 29, 2004, I caused the following document:

1. Notice of Appearance of Tina Burnside

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

1. Gregory J. Stenmoe, gstenmoe@briggs.com
2. Timothy R. Thornton, pvolk@briggs.com

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Date: 6/29/04

s/Laurie A. Vasichek

Laurie A. Vasichek (#171438)
Senior Trial Attorney

Minneapolis Area Office
330 Second Avenue South, Suite 430
Minneapolis, Minnesota 55401
(612) 335-4061