**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Equal Employment Opportunity
Commission,

Plaintiff,

vs.

Northwest Airlines, Inc.

Defendant.

Case No. 01-705 (MJD/JGL)

**ORDER**

---

The Court hereby approves and adopts the Stipulation and Scheduling Order signed by the parties and filed with this Court on June 28, 2004.

**SO ORDERED:**

Dated: June 30, 2004

s/Jonathan Lebedoff
Jonathan Lebedoff
United States District Court