UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Equal Employment Opportunity Commission,

Plaintiff,

Case No. 01-705 MJD/JGL

v.

**ORDER**

Northwest Airlines, Inc.,

Defendant.

---

This matter came before the Court upon the stipulation of the parties to allow Defendant Northwest Airlines to file a Second Amended Answer to Plaintiff Equal Employment Opportunity Commission's First Amended Complaint in the form of Exhibit A to the parties August 2, 2004 stipulation.

Based on the parties stipulation (Doc. #63) it is **Ordered** that Defendant Northwest Airlines may file its Second Amended Answer to Plaintiff Equal Employment Opportunity Commission's First Amended Complaint in the previously mentioned form.

Dated: August 5, 2004

s/Jonathan Lebedoff
Jonathan Lebedoff
Chief Magistrate Judge