**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2004, I electronically filed the following document:

1) Defendant Northwest Airlines, Inc.'s Second Amended Answer and Defenses to Plaintiff Equal Employment Opportunity Commission's First Amended Complaint

with the Clerk of Court through ECF, which will send a notice of electronic filing to the following:

Laurie A. Vasichek
Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
330 Second Avenue South
Suite 430
Minneapolis, MN 55401-2224

Jean P. Kamp
Equal Employment Opportunity Commission
310 West Wisconsin Avenue
Suite 800
Milwaukee, WI 53203-2292

Rosemay J. Fox
Equal Employment Opportunity Commission
310 West Wisconsin Avenue
Suite 800
Milwaukee, WI 53203-2292

Tina Burnside
Equal Employment Opportunity Commission
330 South Second Avenue
Suite 430
Minneapolis, MN 55401-2224

Dated: August 9, 2004

**s/ Jason M. Hedican**
Jason M. Hedican

1676204v1