UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Equal Employment Opportunity Commission,

Plaintiff,

v.

Civil Action No. 01-705 MJD/JGL

Northwest Airlines, Inc.,

Defendant.

**ORDER OF DISMISSAL**

The Court hereby approves and adopts the Agreed Order signed by the parties and filed with this Court on December 30, 2004. The above-captioned matter shall be dismissed with prejudice, without attorney's fees, costs or disbursements to any party, with the undersigned judge retaining jurisdiction for purposes of enforcing the Agreed Order.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:

Michael J. Davis
United States District Court Judge