# WAIVER AND RELEASE

**THIS WAIVER AND RELEASE,** referred to hereinafter as ("this Agreement"), is executed by **[NAME]** (referred to hereinafter as ("Applicant")) in favor of Northwest Airlines, Inc., a Minnesota corporation ("NWA").

**WHEREAS**, Applicant was an applicant of NWA; and

**WHEREAS**, Applicant was a Charging Party or Claimant to an action against NWA in the United States District Court, Civil Action, No. 01-705 MJD/JGL ("Civil Action") brought on behalf of the United States Equal Opportunity Commission ("EEOC") alleging disability discrimination in violation of the Americans with Disabilities Act of 1990 ("ADA"); and

**WHEREAS**, NWA is willing to make a certain payment to Applicant in exchange for a waiver and release of any and all ADA claims arising out of or related to his/her application for employment and offer and revocation of employment that Applicant might assert against NWA, its current or former officers, employees, plan administrators, shareholders, agents or assigns; and

**WHEREAS,** Applicant is willing to grant such a waiver and release;

**NOW, THEREFORE,** in consideration of the promises contained herein, Applicant acknowledges and agrees as follows:

**FIRST:** This Agreement shall not be construed as an indication or admission by NWA that it has acted improperly with respect to Applicant, or any other person, or that Applicant has or may assert any claim against NWA. NWA specifically denies that it engaged in any wrongful, unlawful or improper conduct.

**SECOND:** To avoid further disruption, inconvenience and expense associated with defending current or potential future litigation, NWA has elected to pay, and Applicant acknowledges he/she will receive, the sum of ________________________ dollars ($____________). This payment is offered by NWA and accepted by Applicant as full and adequate consideration, in exchange for a waiver and release of any and all ADA claims arising out of or related to his/her application of employment and offer and revocation of employment, which Applicant has, or may have, against NWA, its current and former officers, employees, plan administrators, shareholders, agents, attorneys, successors or assigns ("Released Parties") prior to the execution of this Agreement. This waiver and release acquits and forever discharges Released Parties from any and all such claims, whether presently known or unknown, asserted or unasserted, specifically any alleged violations of the Americans with Disabilities Act, 42 U.S.C.

§ 12101, et seq. which Applicant now has, owns or holds, or which Applicant at any time heretofore had, owned or held against Released Parties or any ADA claims that were asserted or could have been asserted in the Civil Action.

**THIRD:** Applicant acknowledges that this waiver and release is irrevocable. NWA will issue the appropriate IRS Form to Applicant. NWA shall not, under any circumstances, be liable for any taxes which might arise in connection with Applicant's receipt of this payment, and Applicant may not seek additional monies from NWA as a result of any taxes which are or may become due. The payment provided for herein constitutes the entire consideration for Applicant's execution of this waiver and release. Applicant will not be entitled to any additional consideration from NWA whatsoever, whether in terms of payments, benefits, or future employment. Should Applicant decline to execute this waiver and release, he/she will receive no payment or other consideration from NWA.

**FOURTH:** Applicant acknowledges that he/she has been advised of his/her right to consult with independent counsel about the terms of this Agreement before executing this Agreement. Applicant further acknowledges that she/she had the opportunity to consult with the EEOC regarding this Agreement and had sufficient time to review it.

**FIFTH:** Applicant acknowledges that in executing this Agreement, he/she has not relied upon any representation or statement not contained herein, with regard to the subject matter, basis or effect of this Agreement and that no other promise or agreements of any kind have been made by any person or entity whatsoever to cause Applicant to sign this Agreement. This Agreement sets forth the entire agreement between Applicant and NWA.

**SIXTH:** This Agreement shall be interpreted in accordance with the laws of Minnesota.

________________________________________
Applicant's Name

This Agreement was executed by ______________________ on _______________________ before me, a Notary Public of and for ______________________.

________________________________________
Notary Public