**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2004, I caused the following documents:

1) Agreed Order; and

2) Exhibits A-B

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Tina Burnside
Kurt J Erickson
Rosemary J Fox
Jean P Kamp
Laurie Ann Vasichek

Dated: December 30, 2004

**s/ Gregory J. Stenmoe**
Gregory J. Stenmoe