✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Equal Employment Opportunity Commission

V.

Northwest Airlines, Inc.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-705 (MJD/JGL)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court hereby approves and adopts the Agreed Order signed by the parties and filed with this Court on December 30, 2004. The above-captioned matter shall be dismissed with prejudice, without attorney's fees, costs or disbursements to any party, with the undersigned judge retaining jurisdiction for purposes of enforcing the Agreed Order.

January 13, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Jenny Beck
(By) Jenny Beck, Deputy Clerk